WINN *et al. v.* PITTMAN, *trustee, et al.*

SIMMONS, C. J.   Under the allegations made in the equitable petition for an injunction, the judge did not err in refusing the same.   All the matters set up therein can be pleaded by the present plaintiffs in a common-law suit shown to have been brought against them by the defendants herein.

*Judgment affirmed.   All the Justices concurring, except Lumpkin, P. J., disqualified, and Little, J., absent.*

Argued February 3,—Decided March 11, 1902.

Petition for injunction.   Before Judge Janes.   Douglas superior court.   November 25, 1901.

*J. S. James* and *H. W. Nalley,* for plaintiffs.   *Smith, Hammond & Smith, J. H. McLarty,* and *Roberts & Hutcheson,* for defendants.